IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Williams, Edna C | Case Number: 07 B 07137 |
| | Judge: Squires, John H |
| Printed: 01/29/09 | Filed: 4/20/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: December 17, 2008
Confirmed: June 27, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 5,520.00 | |
| Secured: | | 1,821.32 |
| Unsecured: | | 1,374.85 |
| Priority: | | 0.00 |
| Administrative: | | 2,000.00 |
| Trustee Fee: | | 323.83 |
| Other Funds: | | 0.00 |
| Totals: | 5,520.00 | 5,520.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Legal Helpers | Administrative | 2,000.00 | 2,000.00 |
| 2. | CitiFinancial Mortgage | Secured | 0.00 | 0.00 |
| 3. | Drive Financial Services | Secured | 0.00 | 0.00 |
| 4. | CitiFinancial Mortgage | Secured | 7,026.42 | 1,821.32 |
| 5. | Educational Credit Management Corp | Unsecured | 4,866.47 | 1,374.85 |
| 6. | United States Dept Of Education | Unsecured | 3,559.53 | 0.00 |
| 7. | Midnight Velvet | Unsecured | | No Claim Filed |
| 8. | Comcast | Unsecured | | No Claim Filed |
| 9. | Credit Protection Association | Unsecured | | No Claim Filed |
| 10. | H&F Law | Unsecured | | No Claim Filed |
| 11. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| 12. | Verizon Wireless | Unsecured | | No Claim Filed |
| | | | $ 17,452.42 | $ 5,196.17 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 178.84 |
| 6.5% | 47.84 |
| 6.6% | 97.15 |
| | $ 323.83 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Williams, Edna C

Printed: 01/29/09

Case Number:  07 B 07137
Judge:  Squires, John H
Filed:  4/20/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

